# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0078. IN THE INTEREST OF A. C., A CHILD.**

The juvenile court adjudicated minor child A. C. delinquent based on his admission of acts which, if committed by an adult, would have constituted criminal trespass. The court ordered that A. C. be placed on probation. Several months later, the court adjudicated A. C. delinquent based on his admission that he violated his probation. The court ordered that he participate in a probation management program with secure sanctions. After A. C. received several graduated sanctions, the juvenile court issued an order authorizing his detention for seven days under the secure sanctions program. After A. C. challenged the sanction, the court entered an order upholding the secure probation sanction. A. C. then filed this application for discretionary appeal. The juvenile court's order, however, appears to be subject to direct appeal.

Under OCGA § 15-11-35, appeals from "final judgments of the juvenile court" shall be taken in the same manner as appeals from judgments of the superior court. The discretionary appeals statute, OCGA § 5-6-35, provides that in certain cases, a party must file an application for discretionary appeal to obtain appellate review. No provision of that statute appears to apply to this case. Notably, although OCGA § 5-6-35 (a) (5) provides that "[a]ppeals from orders revoking probation" must follow the discretionary appeal procedures, that provision does not apply to appeals from orders revoking juveniles' probation. *In the Interest of N. M.*, 316 Ga. App. 649, 651 (1) (730 SE2d 127) (2012).

We will grant a timely filed application for discretionary appeal if the lower

court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and the applicant shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__09/26/2025_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*